MEMORANDUM OPINION

No. 04-06-00064-CV

HOLT RENTAL SERVICES, LTD.,

Appellant

v.

PBC, INC.,

Appellee

From the 45th Judicial District Court, Bexar County, Texas

Trial Court No. 2004-CI-15808

Honorable John D. Gabriel, Jr., Judge Presiding






PER CURIAM



Sitting: Alma L. López , Chief Justice

 Phylis J. Speedlin , Justice

 Rebecca Simmons , Justice



Delivered and Filed: July 26, 2006



DISMISSED

 Appellant has filed a motion to dismiss this appeal due to settlement. The motion contains a certificate of service to
appellee, who agrees to the motion. Therefore, we grant the motion and dismiss the appeal. See Tex. R. App. P. 42.1(a)(1). 
Costs of appeal are taxed against the parties who have incurred them.

 PER CURIAM